Gregory Sheindlin, Esq. (GS-9182)
Sheindlin Law Firm
*Attorneys for Defendants*
*Gregory Sheindlin, Esq. and The Sheindlin Law Firm*
200 Vesey Street, 24th Floor
New York, New York 10281
Telephone: (212) 625-8030
Facsimile: (646) 349-1002

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

JAMES H. BRADY,

                          Plaintiff,

-against-

GREGORY SHEINDLIN, ESQ, and
THE SHEINDLIN LAW FIRM,

                          Defendants.

------------------------------------------------------------------------x

Civil Action No.
20-CV-7047 (LJL)

NOTICE OF MOTION FOR
DISMISSAL OF COMPLAINT

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Gregory Sheindlin, dated November 05, 2020 and the Exhibits attached thereto, and the accompanying Memorandum of Law, and the pleadings herein, Defendants Gregory Sheindlin, Esq. and The Sheindlin Law Firm will move this Court at the Daniel Patrick Moynihan United States Courthouse, Southern District of New York, 500 Peart Street, New York, New York 10007, Southern District of New York, before the Honorable Lewis J. Liman, U.S.D.J., on such date and time as the Court may set, for an Order, pursuant to Rule(12)(b) of the Federal Rules of Civil Procedure, dismissing Plaintiff's Complaint in its entirety, and requesting sanctions

including but not limited to attorneys' fees and costs, and granting such other and further relief as the Court may deem just and proper.

Dated:   New York, New York
         November 5, 2020

                                      *Gregory Sheindlin*
                                      Gregory Sheindlin, Esq. (GS-9182)

                                      Sheindlin Law Firm
                                      *Attorneys for Defendants*
                                      *Gregory Sheindlin, Esq. and The Sheindlin Law Firm*
                                      200 Vesey Street, 24th Floor
                                      New York, New York 10281
                                      Tel. (212) 625-8030

To:
James H. Brady
510 Sicomac Avenue
Wyckoff, New Jersey 07481