February 17, 2021

James H. Brady
510 Sicomac Ave.
Wyckoff, NJ 07481

**APPLICATION DENIED**

2/19/2021  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Honorable Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Index No: 20 -cv-07047:  *James H. Brady v. Gregory Sheindlin, Esq. and The Sheindlin Law Firm*

Dear Hon. Judge Liman:

Last week you promptly replied to Gregory Sheindlin's emergency motion and justly denied signing the emergency temporary relief he sought in the case *Gregory Sheindlin v. James H. Brady*, 21-cv-01124.

Now I come to you with my emergency and ask that you justly and promptly grant my emergency request.

I am writing pleading for you to do one simple thing that Justice mandates will stop further unjust, irreversible harm to my family and me:  I am requesting that by noon on Thursday, February 18, 2021, you simply deny Gregory Sheindlin's motion to dismiss and make him answer the complaint.

The denial of the motion to dismiss can be a few sentences long since all you need to do is rule that my claims against Sheindlin are plausible.

The complaint has been sitting *sub judice* for many months and I have proven that my claims against Mr. Sheindlin far exceed the threshold of being "plausible," which is all that is required to deny his pre-answer motion to dismiss.

1

In fact, my claim that Gregory Sheindlin stole over $1.7 million dollars from me and my wife by fraudulently misrepresenting through "implication" that Question Number One on a June 26, 2015 Jury interrogatory sheet was a Jury finding that the personal guarantees were enforceable has been proven conclusively in the documentary evidence submitted with my complaint.

Also, I have proven that Sheindlin collected the $1.7 million dollars by fraudulently representing "through implication" that Question Number One of the June 26, 2015 Jury Interrogatories was also a Jury finding that my defenses to the personal guarantees were rejected by the Jury when he knew that Question Number One on the Jury Interrogatory sheets did not pertain to the personal guarantee issue at all.  And neither did the only other two questions that were on the Jury sheet.

You already know that this fraud scheme, masterminded by Sheindlin, caused the forced sale of my family business, in addition to stealing my life savings of over $1.7 million dollars.

Now in order to survive we are being forced to sell our home of 30 years. Tomorrow we are very sadly planning on signing the contract to sell our home out of necessity since justice moves so slowly and is so often not just at all.

If the motion to dismiss is denied, it shows a light at the end of the tunnel, and under those circumstances we would be able to avoid the sale of our home.

Sincerely,


__/s/__ James H. Brady___

James H. Brady