UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
JAMES BRADY, :
 :
                              Plaintiff, :
 :  20-cv-7047 (LJL)
      -v- :
 :  OPINION AND ORDER
 :
GREGORY SHEINDLIN and THE SHEINDLIN LAW :
FIRM, :
 :
                           Defendants. :
 :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2021

LEWIS J. LIMAN, United States District Judge:

      Plaintiff James Brady has moved, at Dkt. No. 28, for reconsideration of the Court's Opinion and Order of February 25, 2021, at Dkt. No. 26, granting Defendants' motion to dismiss.

      "A motion for reconsideration should be granted only if the movant identifies 'an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice.'" *Spin Master Ltd. v. 158*, 2020 WL 5350541, at *1 (S.D.N.Y. Sept. 4, 2020) (quoting *Kolel Beth Yechiel Mechil of Tartikov, Inc. v. YLL Irrevocable Tr.*, 729 F.3d 99, 104 (2d Cir. 2013)). Reconsideration of a court's previous order is an "extraordinary remedy to be employed sparingly in the interests of finality and conservation of scarce judicial resources." *In re Health Mgmt. Sys., Inc. Sec. Litig.*, 113 F. Supp. 2d 613, 614 (S.D.N.Y. 2000). "It is not a 'vehicle for relitigating old issues, presenting the case under new theories, securing a rehearing on the merits, or otherwise taking a second bite at the apple.'" *Spin Master*, 2020 WL 5350541, at *1 (quoting *Analytical Surveys, Inc. v. Tonga Partners, L.P.*, 684 F.3d 36, 52 (2d Cir. 2012)).

There is no basis for reconsideration here.  Brady does not identify any intervening change of controlling law, the availability of new evidence, or error but rather rehashes the allegations and arguments in his complaint and in opposition to the motion that the Court addressed in its Opinion and Order at Dkt. No. 26.

Accordingly, the motion for reconsideration is DENIED.  The Clerk of Court is respectfully directed to close the motion at Dkt. No. 28 and mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: March 5, 2021
      New York, New York

                                          LEWIS J. LIMAN
                                    United States District Judge